**ORIGINAL**

# In the United States Court of Federal Claims

No. 15-987C
(Filed: December 30, 2015)

**FILED**
DEC 3 0 2015
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GERALD MICHAEL RISCOE, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On December 28, 2015, Plaintiffs filed a "motion to withdraw claim," stating that they "respectfully request permission to withdraw this claim effective immediately upon delivery," as they realized that they were "supposed to file [their] claim with the proper federal agency first," pursuant to 28 U.S.C. § 2675. The Court construes Plaintiffs' motion as a request for dismissal. Plaintiffs' motion is **GRANTED**. The Clerk is directed to dismiss this action.

MARY ELLEN COSTER WILLIAMS
Judge